IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DONNA WILLARD**, *et al.*                                                      **PLAINTIFFS**

v.                  **CASE NO. 2:21-CV-00109-BSM**

**WALMART STORES INC**, *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE